ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hanson Permanente Cement

DISTRICT COURT FILED OF GUAM
SEP 22 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM, | CIVIL CASE NO. **04-00042** |
| Plaintiff, | **COMPLAINT FOR BREACH OF CONTRACT AND QUANTUM MERUIT** |
| vs. | |
| KRAFTPAK, LIMITED and BRUCE ANSLEY, personally, | |
| Defendants. | |

Plaintiff, by and through undersigned counsel, alleges for its complaint as follows:

I.      Jurisdiction

1.      With respect to Hanson Permanente Cement of Guam Inc.'s ("Hanson") claim, the Court has jurisdiction of this action under 28 USC § 1332.

II.     Parties

2.      Hanson is a corporation authorized to transact business in Guam with its principle place of business in Guam.

3.      Upon information and belief Kraftpak, Limited ("Kraftpak") is a corporation licensed to do business in Tauranga, New Zealand, with its Registered Office located at 14D Sagewood Road, R.D.G., Tauranga, New Zealand.

4831-4118-1184.1.031459-00014

4.     Upon information and belief Bruce Ansley is a citizen of New Zealand and can be served at his office at 14D Sagewood Road, R.D.G., Tauranga, New Zealand.

III.    Facts

5.     On or about April 25, 1995, Kraftpak by and through Bruce Ansley, contacted Mr. Wes Price of Kaiser Cement Corporation of Guam ("Kaiser"), in order to make an offer for the sale of cement bags. See Exhibit A attached hereto and incorporated herein by reference.

6.     Shortly thereafter, price, quantity, shipping instructions, and materials were agreed upon and a Contract was formed.

7.     Subsequently, in November 1997, Mr. Price renegotiated the terms of the Contract for the term of January 1, 1998 through December 31, 1999. As a result of the negotiations, the price of the cement bags increased to U.S. $0.4036/bag. See Exhibit B attached hereto and incorporated herein by reference.

8.     On or about August 30, 1999, Kaiser changed its name to Hanson Permanente Cement of Guam.

9.     On or about December 12, 1999, Mr. Price received a letter from Bruce Ansley confirming the contractual relationship for shipment of cement bags for 2000 and 2001. This letter fixed the new price for the cement bags at U.S. $ .3708/bag. See Exhibit C attached hereto and incorporated herein by reference.

10.    The parties have operated under this arrangement since January 1, 2000.

11.    On various dates Hanson wire transferred funds to Kraftpak, prepaying Kraftpak for the cement bags pursuant to the Contract.

12.    Thereafter, Kraftpak sent periodic shipments in varying quantities. The shipment were almost never to the conforming quantities. To date, Kraftpak has received payment for but

has failed to provide over 379,474 bags resulting in monetary damages of $143,404.55. See Exhibits D, E and F attached hereto and incorporated herein by reference.

13.     On May 25, 2004[1], Mr. Ansley contacted Derek Sadler of Hanson, informing him the Contract could not be fulfilled and that Kraftpak was planning on liquidating the Company and breaching the Contract with Hanson. See Exhibit G attached hereto and incorporated herein by reference.

14.     Mr. Sadler responded two (2) days later reminding Mr. Ansley that Hanson had "paid in full" for the cement bags as required under the Contract and urged Mr. Ansley to reconsider his position to breach the Contract. See Exhibit H attached hereto and incorporated herein by reference.

15.     On June 1, 2004, Mr. Ansley sent a letter informing Mr. Sadler of Kraftpak's acknowledgement of withheld funds and decision to breach the Contract. See Exhibit I attached hereto and incorporated herein by reference.

16.     As of this date, no monies have been returned to Hanson as promised.

### COUNT I
### Breach of Contract

17.     Plaintiff reincorporates the allegations contained in paragraphs 1 - 16 of this Complaint as if fully stated herein.

18.     Plaintiff ordered various shipments of cement bags between September 16, 1999 and November 2, 2001.

19.     The terms of the agreement required Hanson to pay for all the bags in advance due to favorable currency rates at the time.

20.     On various dates Hanson wire transferred funds to Kraftpak, prepaying Kraftpak for the cement bags.

_____

[1] This letter is incorrectly dated March 15, 2004. The letter was sent via email to Derek K. Sadler on May 25, 2004.

21.     As of this date, Hanson has failed to receive over 379,474 bags resulting in monetary damages of $143,404.55. See Exhibits D, E and F.

22.     Defendants have failed to refund payment as promised.

23.     As a result, Plaintiff has been damaged.

## COUNT II
### Account Stated

24.     Plaintiff reincorporates the allegations contained in paragraphs 1- 23 of this Complaint as if fully stated herein.

25.     Plaintiff ordered various shipments of cement bags between September 16, 1999 and November 2, 2001.

26.     The terms of the agreement required Hanson to pay for all the bags in advance due to favorable currency rates at the time.

27.     On various dates Hanson wire transferred funds to Kraftpak, prepaying Kraftpak for the cement bags.

28.     As of this date, Hanson has failed to receive over 379,474 bags resulting in monetary damages of $143,404.55. See Exhibits D, E and F.

## COUNT III
### Quantum Meruit

29.     Plaintiff reincorporates the allegations contained in paragraphs 1 - 28 of this Complaint as if fully stated herein.

30.     Plaintiff paid for but has not received over 379,474 cement bags pursuant to the Contract.

31.     Plaintiff is entitled to the refund of the remaining funds or the remaining cement bags or otherwise Kraftpak and Bruce Ansley will be unjustly enriched.

## COUNT IV
### Unjust Enrichment/Restitution

32.     Plaintiff reincorporates the allegations contained in paragraphs 1 - 31 of this Complaint as if fully stated herein.

33.     Plaintiff conferred payment on Defendants based on Defendants' wrongful and unlawful conduct.

34.     Defendant has been enriched as a result of Plaintiff's conferral of benefits and it would therefore be unjust for Defendant to retain such benefits.

35.     Defendant must therefore, make restitution to Plaintiff for the benefit that Defendants received from Plaintiff.

## COUNT V
### Unclean Hands

36.     Plaintiff reincorporates the allegations contained in paragraph 1 - 35 of this Complaint as if fully stated herein.

37.     Defendants' wrongful and unlawful conduct in their course of dealing with Plaintiff constitutes unclean hands which precludes them from asserting or receiving any equitable relief, remedies and defenses.

## COUNT VI
### Alter ego

38.     Plaintiff reincorporates the allegations contained in paragraphs 1 – 36 of this Complaint as if fully stated herein.

39.     Upon information and belief Bruce Ansley is the sole shareholder of Kraftpak and uses Kraftpak as a mere "instrumentality" of Ansley.

40.     Kraftpak as a mere "instrumentality" of Ansley is nothing other than an "alter ego" of Mr. Ansley. Therefore, such unity of ownership and interest that traditionally separate

the existence of a corporation and its ownership has ceased and recognition of the separate entity might lead to an inequitable result.

WHEREFORE, Plaintiff requests relief against the above named Defendants as follows:

A.    Actual damages in the amount of $143,404.55.

B.    Prejudgment and Postjudgment interest at the maximum legal rate allowed by law per annum from the date of filing of this Complaint, until paid.

C.    Costs.

D.    Reasonable attorneys fees.

E.    All other relieve which the Court finds that Plaintiff is entitled.

DATED: Hagåtña, Guam, September 22, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
Attorneys for Plaintiff
Hanson Permanente Cement



FAX 649-575-9022

25 April 1995

Kaiser Cement Corporation of Guam
PO Box K
Agana
Guam 96910

Attention: Mr Wes Price

Dear Sir,

Re: Supply of Cement Bags

In confirmation of request for bag pricings for the Micronesian Market for 1996 calendar year.

Specification:
   **Bag Size**

| | | |
|---|---|---|
| Approx Length | 22 1/2" | |
| Approx Width | 18 3/4" | |
| Valve | 3 3/4" | |

Print: Up to 3 colour print

Construction: A four ply bag

| | |
|---|---|
| Outer Ply: | 71 gsm High Performance Sackkraft |
| Ply 2 | 71 gsm High Performance Sackkraft |
| Ply 3 | 15 um High Density Polyethlene |
| Ply 4 | 71 gsm High Performance Sackkraft |

Pricing: US $36.96 per 100 Bags CIF Guam/Saipan

**EXHIBIT A**

### Period - Quantity:

Pricing will be held firm for period January 1996 to December 1996 and based upon a supply of a minimum of 1 million 40 kgs bags per year.

### Packaging:

Bags will be supplied in 20ft ISO containers on forklift pallets (approx 13,000 per pallet, wrapped in bundles of 100) each pallet having a waterproofed tarp covering the top and extending 18" down the sides and then strapped and wrapped in two layers of shrink wrap plastic for protection against water damage.

### Quality:

The manufacture and quality of materials would be to at least quality of present bags supplied and manufactured to International Quality Standard ISO 9002 and relevant ASTM standards.

### Lead Time:

Manufacture within 2 weeks of order.

### Shipping:

Shipping from New Zealand to Guam/Saipan is a minimum of once every 4 weeks by at least two shipping companies.  One company direct (17 days) the other transshipping through Australia (30 days).

### Payment:

Payment within 48 hours after evidence of FOB  and Bills of Lading, to nominated Bank account by Telegraphic Transfer.

Yours sincerely,
**Kraftpak Limited**

**Bruce Ansley**
**Director**



# KAISER CEMENT

KAISER CEMENT CORPORATION OF GUAM, P.O. BOX K, AGANA, GUAM 96932    TELEPHONE: (671) 477-1530
230 INDUSTRIAL AVENUE, PITI, GUAM 96925                                                  FAX: (671) 477-1531

November 10, 1997

Mr. Bruce Ansley
Director
Kraftpak Limited
P.O. Box 25467
St. Heliers
Auckland, New Zealand

Dear Bruce:

This is to amend our supply agreement as specified in your letter of April 25, 1995:

- This agreement shall be in effect from January 1, 1998 to December 31, 1999, inclusive.

- Price per bag shall remain US$0.4036 CIF Guam/Saipan during the term of this agreement.

- Combined supply of bags for Kaiser Cement Corporation of Guam and Micronesia Cement Company shall be approximately 800,000 annually.

All other terms and conditions remain the same.

If you have any questions, please contact me.

Thanks for all your help.

Sincerely,

Wesley D. Price
Vice President

**EXHIBIT B**

*Kraftpak Ltd*
*14D Sagewood Road*
*R.D.6*
*Tauranga*
*New Zealand*

*Phone +64 7 548 1792*
*Fax    +64 7 548 1793*
*Mobile+64 25 308 803*
*E mail bajm@iconz.co.nz*

12 December 1999

Hansen Cement
Box K
Guam

Attention:    Wesley Price

Dear Wesley

### Re:    Cement Bag Supply - Year 2000 and 2001

Finally a price to confirm supply for both the above years.

As discussed since our last price in 1997 we have had our currency devalue against the USD by at least 10%. This of course is good news for American importing. I also said I would expect a 10% reduction in price correspondly. I have checked with our Shipper, ZIM, who finally confirm to us the price of fuel will push their freight rate up. They cannot guarantee a fixed price for a freight rate for the next two years but we have allowed a margin to cover an increase which I'm sure will happen within the next two years.

We have been able to buy forward currency at a favourable rate so could fix the price of supply to Hansen for either 12 months or 24 months. Both time values starting from January 1st, 2000.

Fixed price CIF Guam and Saipan with new bag design for both bags

Price        **USD$0.3708/bag**

Yours sincerely

Bruce Ansley

# EXHIBIT C

# GUAM BAG INVENTORY
## A/C 061095.1600.01
### Jun-04

|  |  | COST | BAG COUNT | | AMOUNT |
|---|---|---|---|---|---|
| **BAGS PAID BUT NOT DELIVERED / G.L BAL** | | | | $ | 87,784.55 |
| 10/21/1999 | P.O. 0644-0198-0770 | .4036 | 5,400 | $ | (2,179.44) |
| | partial delivery Jan-00 | | | | |
| 1/1/2000 | P.O. 0652-0198-0778 | .3708 | 900 | $ | (333.72) |
| | shortage reported Aug 2000 | | | | |
| 5/27/2000 | P.O. 0677-0198-0793 | .3708 | 1,738 | $ | (644.45) |
| | (received 68,262 bgs aug-00) | | | | |
| | (received 70,000 bgs nov-00) | | | | |
| 8/11/2000 | P.O. 0670-0198-0796 | .3708 | 70,000 | $ | (25,956.00) |
| | (received 70,000 bgs nov-00) | | | | |
| 3/22/2001 | P.O. 0683-0198-0809 | .3708 | 140,000 | $ | (51,912.00) |
| | (ordered 140,000) | | | | |
| | (received 70,000 bgs Dec 2001) | | -70,000 | $ | 25,956.00 |
| | (received 6,800 bgs Octv2002) | | (6,800) | $ | 2,521.44 |
| | (received 70,000 bgsNov2002) | | -70,000 | $ | 25,956.00 |
| 5/261/2001 | P.O. 0687-0198-0810 | .3708 | 140,000 | $ | (51,912.00) |
| | rec.d 66,000 3/29/03 | | -66,000 | $ | 24,472.80 |
| | rec.d 66,600 4/24/0 | | -61,432 | $ | 24,695.28 |
| 8/25/2001 | P.O. 0687-0198-0811 | .3708 | 140,000 | $ | (51,912.00) |
| | rec.d 9/03 61,432 sk | | -61,432 | $ | 22,778.99 |
| | rec.d 4/04 66,600 sk | | -66,600 | $ | 22,596.55 |
| 12/3/2001 | P.O. 0687-0198-0812 | .3708 | 140,000 | $ | (51,912.00) |
| | | | | $ | - |
| | **TOTAL** | | **229,474** | $ | **0.00** |

**EXHIBIT D**

## Saipan bag inventory
### A/C 056095.1600.01
### Jun-04

| PAID BUT NOT DELIVERED | | | COST | BAG COUNT | AMOUNT |
|---|---|---|---|---|---|
| G/L BAL | | | | | $ 55,620.00 |
| | | | | | |
| | | | | | |
| May-01 | P.O. | 0684-0198-0813 | .3708 | 70,000 | $ (25,956.00) |
| Sep-03 | received 60,000 | | .3708 | (60,000) | $ 22,248.00 |
| | P.O. 0687-0197-0813 | | | | |
| | | | | | |
| Aug-01 | P.O. | 0688-0197-0814 | .3708 | 70,000 | $ (25,956.00) |
| | | | | | |
| Dec-01 | P.O. | 0689-0197-0815 | .3708 | 70,000 | $ (25,956.00) |
| | | | | | |
| | | | | | |
| TOTAL | | | | 150,000 | $    - |

**EXHIBIT E**

# REQUEST FOR TRANSFER OF U. S. DOLLARS

Date of Transfer: _____ 5/11/61 _____

Amount: _____ $25,956.00 _____

Receiving Bank: _____ CHASE MANHATTAN BANK _____

Branch: _____ MAIN office _____ 021·000021

City, State: _____ New YoRK. N.Y 10004 _____

For Credit To: _____ KRAFTPAK Limited _____

Account ~~Number~~ NAME: THE National Bank of NewZealand Ltd
_____ Wellington, New Zealand _____
Acct. # 001-1-941473
Reference # KRALTD-WSDOO

----------------------------------------------------------------

Issuing Company: _____ M.C.C.I _____

| Account Code | Distribution Cost |
|---|---|
| 056695.1600.01 | $25.956.00 |
|  |  |
|  |  |
|  |  |

_Inv # 1010R  P.O # 0684-0198-0813_  NW

Approval: _____     _____

EXHIBIT F

# HANSON PERMANENTE CEMENT

"MAIL INVOICE (1 COPY) AND
CORRESPONDENCE TO:"
**HANSON PERMANENTE
MENT OF GUAM, INC.**
O. Box K
Hagåtña, Guam 96910
Tel: (671) 477-1530
Fax: (671) 477-1531

A COPY OF PACKING LIST MUST
ACCOMPANY INVOICE

*As Agent For:*

☐ Hanson Permanente Cement of Guam, Inc.
☒ Hanson Micronesia Cement, Inc.
☐

## EXPORT PURCHASE ORDER

FOR EXPORT ONLY — DO NOT CHARGE SALES TAX

THIS ORDER NUMBER MUST APPEAR ON
INVOICES, PACKING SLIPS PACKAGES,
BILLS OF LADING, CORRESPONDENCE.

| P.O. NUMBER |
| --- |
| 0687-0197-0813 |

| DATE |
| --- |
| APRIL 2, 2001 |

| SHEET # | | OF | |
| --- | --- | --- | --- |
| | 1 | | 1 |

---

**SELLER**

KRAFTPAK LTD.
14D SAGEWOOD ROAD
R.D. 6 TAURANGA
NEW ZEALAND
TEL:  64-7-548-1792
FAX:  64-7-548-1793
ATTN:  BRUCE ANSLEY

**SHIP TO AND MARK FOR:**

**Hanson Micronesia Cement Inc.**
P.O. BOX 502059 CK,
SAIPAN, MP 96950
TEL:  671-41123520++
FAX:  671-477-1531
ATTN:  DEREK SADLER

| TERMS | F.O.B. SHIPPING POINT | FREIGHT SURFACE |
| --- | --- | --- |

| TO BE SHIPPED AS PER HANSON'S REQUEST | WORK ORDER NUMBER 578-375 |
| --- | --- |

PLEASE ENTER OUR ORDER AND FURNISH THE GOODS SPECIFIED BELOW IN ACCORDANCE WITH AND SUBJECT TO ALL TERMS AND CONDITIONS
OF THIS PURCHASE ORDER. ADVISE US PROMPTLY IF UNABLE TO FURNISH GOODS AS ORDERED.

| ITEM | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- |
| 1. | 70,000 | EA. | EMPTY BAGS FOR SAIPAN, 40 KG CAPACITY 4 PLY | $ .3708 | $25,956.00 |
| | | | | TOTAL THIS ORDER | $25,956.00 |

NOTE ON INLAND BILL OF LADING:
1. P.O. NUMBER
2. TOTAL CUBIC MEASUREMENTS OF THE SHIPMENT

SPECIAL INSTRUCTIONS
A PACKING LIST FOR OWNER MUST BE PLACED INSIDE EACH SHIPPING PACKAGE. A
COPY OF PACKING LIST IN WATERPROOF ENVELOPE SHOULD BE SECURELY FAS-
——NED TO OUTSIDE OF PACKAGE AND CLEARLY MARKED FOR CUSTOMS OFFICIAL.
——CATE COPIES OF PACKING LIST IN WATERPROOF ENVELOPES SHALL BE SE-
LY FASTENED TO UNPACKAGED PIECES OR BUNDLES, ONE FOR OWNER AND
CLEARLY MARKED FOR CUSTOMS OFFICIAL.

SELLER TO MARK EACH OUTSIDE CONTAINER, BOX, OR CRATE WITH P.O. NUMBER
AND DESIGNATED EXPORT MARKS AND NUMBERS.

NO CHANGES IN OR CANCELLATIONS OF PURCHASE ORDERS WILL BE REC-
OGNIZED UNLESS AUTHORIZED IN WRITING BY A CHANGE ORDER ISSUED
ONLY BY THE PURCHASER.

**HANSON PERMANENTE CEMENT**
AS AGENT FOR
HANSON MICRONESIA CEMENT

DEREK K. SADLER
BY GENERAL MANAGER

NAME _____

SIGNATURE

**Kraftpak Limited**
144 Sagewood Road
RD 6
Tauranga
New Zealand
Ph 64-25-578 1172
Fax 64-7-548-1793

## Invoice   #10162

Hansen Permanente Cement Corp
PO Box K
Hagatna, Guam 96910

Date:  April 20 2001

Attention:          Mr Derek Sadler

**Purchase Order #:   0687-0197-0813**

Description of Goods and Container Numbers:

1 x container
(Destination:- Saipan)

Empty Cement Bags (70,000 pcs)
40 kg capacity 4 ply

CIF Value
USD $25956.00

## REQUEST FOR TRANSFER OF U. S. DOLLARS

*Parhus Deliv in Mar*

Date of Transfer: _1-6-2000_

Amount: _$51,912.00_

Receiving Bank: _CHASE MANHATTAN BANK_
_021-000021_

Branch: _MAIN OFFICE_

City, State: _NEW YORK. N.Y. 10004_

For Credit To: _KRAFTPAK Limited_
THE National Bank of New Zealand Ltd
Wellington, New Zealand

Account Name: Acct.# 001-1-941473
Reference # KRALTD-USD00

---

140,000 Bags

Issuing Company: _H.P.C Guam_

| Account Code | Distribution Cost |
|---|---|
| _611.1510.01_ | _$51,912.00_ |
| | |
| | |
| | |

INV# 10152 P.O.# 0652-0198-0778    AW

Approval: _____    _____

# Kraftpak Limited

14d Sagewood Road
RD 6
Tauranga
New Zealand
Ph 64-25-308 803
Fax 64-7-548-1793

## Invoice    #10152

Hanson Permanente Cement            **Date:  December 17, 1999**
PO Box K
Agana, Guam 96910

Attention:          Mr Wesley Price

**Purchase Order #:   0652-0198-0778**

Description of Goods and Container Numbers:

    1 x container
    (Destination:- Guam)

    Empty Cement Bags (140,000 pcs)
    40 kg capacity 4 ply

                                    CIF Value
                                    **USD $51,912.00**

# KAISER CEMENT CORPORATION

**"MAIL INVOICE (1 COPY) AND CORRESPONDENCE TO:"**

KAISER CEMENT CORP. OF GUAM
.'.O. Box K
Agana, Guam 96910
Tel: (671) 477-1530/477-1673
Fax: (671) 477-1531

. A COPY OF PACKING LIST MUST ACCOMPANY INVOICE

**As Agent For:**

☐ Kaiser Cement Corp. of Guam
☒ Micronesia Cement Co. Inc.
☐ _____

## EXPORT PURCHASE ORDER

FOR EXPORT ONLY ~ DO NOT CHARGE SALES TAX

THIS ORDER NUMBER MUST APPEAR ON INVOICES. PACKING SLIPS PACKAGES, BILLS OF LADING, CORRESPONDENCE.

| P.O. NUMBER |
| --- |
| 0652-0198-0778 |

| DATE |
| --- |
| DECEMBER 13, 1999 |

| SHEET # 1 | OF 1 |
| --- | --- |

---

**SELLER:**
KRAFTPAK LIMITED
ESDAILE ROAD, RD 6
TAURANGA, NEW ZEALAND
TEL:  011-025-308-803
FAX:  011-647-548-1793

**SHIP TO AND MARK FOR:**
HANSON PERMANENTE CEMENT OF GUAM, INC.
P.O. BOX K
HAGATNA, GUAM 96932
TEL: 671-477-1530
FAX:  671-477-1531

---

| TERMS | F.O.B. ☐ SHIPPING POINT | FREIGHT |
| --- | --- | --- |
| TO BE SHIPPED **FAV (EARLY FEBRUARY 2000)** | | WORK ORDER NUMBER |

PLEASE ENTER OUR ORDER AND FURNISH THE GOODS SPECIFIED BELOW IN ACCORDANCE WITH AND SUBJECT TO ALL TERMS AND CONDITIONS OF THIS PURCHASE ORDER...ADVISE US PROMPTLY IF UNABLE TO FURNISH GOODS AS ORDERED.

| ITEM | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- |
| I. | 140,000 | | EMPTY BAGS FOR GUAM, 40 KG CAPACITY, 4 PLY | .3708 | $51,912.00 |
| | | | | | |
| | | | **TOTAL THIS ORDER** | | $51,912.00 |

**NOTE ON INLAND BILL OF LADING:**
1. P.O. NUMBER
2. TOTAL CUBIC MEASUREMENTS OF THE SHIPMENT

**SPECIAL INSTRUCTIONS**
A PACKING LIST FOR OWNER MUST BE PLACED INSIDE EACH SHIPPING PACKAGE. A COPY OF PACKING LIST IN WATERPROOF ENVELOPE SHOULD BE SECURELY FAS-
'ED TO OUTSIDE OF PACKAGE AND CLEARLY MARKED FOR CUSTOMS OFFICIAL.
'.ICATE COPIES OF PACKING LIST IN WATERPROOF ENVELOPES SHALL BE SE-
.ELY FASTENED TO UNPACKAGED PIECES OR BUNDLES, ONE FOR OWNER AND
ONE CLEARLY MARKED FOR CUSTOMS OFFICIAL.

SELLER TO MARK EACH OUTSIDE CONTAINER, BOX, OR CRATE WITH P.O. NUMBER AND DESIGNATED EXPORT MARKS AND NUMBERS.

NO CHANGES IN OR CANCELLATIONS OF PURCHASE ORDERS WILL BE REC-
OGNIZED UNLESS AUTHORIZED IN WRITING BY A CHANGE ORDER ISSUED
ONLY BY THE PURCHASER.

**KAISER CEMENT CORPORATION**
AS AGENT FOR
HANSON PERMANENTE CEMENT OF GUAM, INC.

BY _____

NAME _____
SIGNATURE

White Vendor Original • Yellow Freight Forwarders • Pink Accounting

## REQUEST FOR TRANSFER OF U. S. DOLLARS

Date of Transfer: _5-12-00_

Amount: _$ 51,912.00_

Receiving Bank: _CHASE MANHATTAN BANK_

Branch: _MAIN OFFICE 021-000021_

City, State: _New York. N.Y. 10004_

For Credit To: _KRAFTPAK Limited_
_The NATIONAL BANK of New Zealand Ltd_
_Wellington, New ZEALAND_

Account Number: _001-1-941473 Reference KRAFTD-USD00_

_AW._

Issuing Company: _GUAN_

| Account Code | Distribution Cost |
|---|---|
| _611,1510.01_ | _$ 51,912.00_ |
| | |
| | |
| | |

_140,000 Bags  P.O. 0667-0198-0793    INV # 10155_

Approval: _____

# Kraftpak Limited

511 Esdaile Road
RD 6
Tauranga
New Zealand
Ph 64-25-305 803
Fax 64-7-548-1793

## Invoice    #10155

Hansen Permanente Cement Corp
PO Box K
Hagatna, Guam 96910

**Date:  April 27, 2000**

Attention:          Mr Wesley Price

## Purchase Order #:   0667-0198-0793

Description of Goods and Container Numbers:

2 x container
(Destination:- Guam)

Empty Cement Bags (140,000 pcs)
40 kg capacity 4 ply

CIF Value
USD $51,912.00

# HANSON PERMANENTE CEMENT

MAIL INVOICE (1 COPY) AND
CORRESPONDENCE TO:
HANSON PERMANENTE
CEMENT OF GUAM, INC.
P.O. Box K
Hagåtña, Guam 96910
Tel: (671) 477-1530
Fax: (671) 477-1531

A COPY OF PACKING LIST MUST
ACCOMPANY INVOICE

*As Agent For:*

☒☒ Hanson Permanente Cement of Guam, Inc.
☐ Hanson Micronesia Cement, Inc.
☐

### EXPORT PURCHASE ORDER

FOR EXPORT ONLY – DO NOT CHARGE SALES TAX

THIS ORDER NUMBER MUST APPEAR ON
INVOICES. PACKING SLIPS PACKAGES,
BILLS OF LADING, CORRESPONDENCE

**P.O. NUMBER**

0667-0198-0793

**DATE**

APRIL 27, 2000

| SHEET # | 1 | OF | 1 |
|---|---|---|---|

**SELLER:**
KRAFTPAK LIMITED
ESDAILE ROAD, RD. 6
TAURANGA, NEW ZEALAND
TEL:   011-025-308-803
FAX:   011-647-548-1793
ATTN:   BRUCE ANSLEY

**SHIP TO AND MARK FOR:**
HANSON PERMANENTE CEMENT OF GUAM, INC.
P.O. BOX K
HAGATNA, GUAM   96932
TEL:   671-477-1530
FAX:   671-477-1531
ATTN:   DEREK SADLER

| TERMS | F.O.B. | | FREIGHT |
|---|---|---|---|
| | ☐ SHIPPING POINT ☐ | | |

**TO BE SHIPPED**
FAV (END OF JUNE 2000)

**WORK ORDER NUMBER**

PLEASE ENTER OUR ORDER AND FURNISH THE GOODS SPECIFIED BELOW IN ACCORDANCE WITH AND SUBJECT TO ALL TERMS AND CONDITIONS
OF THIS PURCHASE ORDER...ADVISE US PROMPTLY IF UNABLE TO FURNISH GOODS AS ORDERED.

| ITEM | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1. | 140,000 | | EMPTY BAGS FOR GUAM, 40 KG CAPACITY, 4 PLY | .3708 | $51,912.00 |
| | | | **TOTAL THIS ORDER** | | $51,912.00 |

NOTE ON INLAND BILL OF LADING:
1. P.O. NUMBER
2. TOTAL CUBIC MEASUREMENTS OF THE SHIPMENT

**SPECIAL INSTRUCTIONS**
A PACKING LIST FOR OWNER MUST BE PLACED INSIDE EACH SHIPPING PACKAGE. A
COPY OF PACKING LIST IN WATERPROOF ENVELOPE SHOULD BE SECURELY FAS-
TENED TO OUTSIDE OF PACKAGE AND CLEARLY MARKED FOR CUSTOMS OFFICIAL.
DUPLICATE COPIES OF PACKING LIST IN WATERPROOF ENVELOPES SHALL BE SE-
CURELY FASTENED TO UNPACKAGED PIECES OR BUNDLES, ONE FOR OWNER AND
ONE CLEARLY MARKED FOR CUSTOMS OFFICIAL.

SELLER TO MARK EACH OUTSIDE CONTAINER, BOX, OR CRATE WITH P.O. NUMBER
AND DESIGNATED EXPORT MARKS AND NUMBERS.

NO CHANGES IN OR CANCELLATIONS OF PURCHASE ORDERS WILL BE REC-
OGNIZED UNLESS AUTHORIZED IN WRITING BY A CHANGE ORDER ISSUED
ONLY BY THE PURCHASER.

**HANSON PERMANENTE CEMENT**
AS AGENT FOR
HANSON PERMANENTE CEMENT OF GUAM, INC.

BY   WESLEY D. PRICE--VICE PRESIDENT

NAME _____
SIGNATURE

## REQUEST FOR TRANSFER OF U. S. DOLLARS

Date of Transfer:        _August 6, 2001_

Amount:                  _$25,956.00_

Receiving Bank:          _CHASE MANHATAN BANK_

Branch:                  _MAIN OFFICE_  021·000021

City, State:             _New YORK N.Y. 10004_

For Credit To:           _KRAFTPAK Limited_
          NAMC           THE National BaNk of NewZealand Ltd
Account Number:          _Wellington, New Zealand_
          Acct. #        001-1-941473
          Reference #    KRALTD-USD00

-----------------------------------------

Issuing Company:         _M.C.C.I_

___Account Code___               ___Distribution Cost___
_056095 1600·01_                 _$25.95600_

_____            _____

_____            _____

_Inv # 10164  P.O. 0688 0197.0814_   _AA_

Approval: [signature]
          8/3/01

**Kraftpak Limited**
14d Sagewood Road
RD 6
Tauranga
New Zealand
Ph 64-75-578 1172
Fax 64-7-548-1793

## Invoice   #10164

Hansen Permanente Cement Corp
PO Box K
Hagatna, Guam 96910                    **Date:  August 1 2001**

Attention:        Mr Derek Sadler

**Purchase Order #:   0688-0197-0814**

Description of Goods and Container Numbers:

        1 x containers
        (Destination - Saipan)

        Empty Cement Bags (70,000 pcs)
        40 kg capacity 4 ply

                                        CIF Value
                                **USD $25956.00**

## REQUEST FOR TRANSFER OF U. S. DOLLARS

Date of Transfer: _August 6, 2001_

Amount: _$51,912.00_

Receiving Bank: _CHASE MANHATTAN BANK_

Branch: _MAIN OFFICE_   021·000021

City, State: _New YoRK. N.Y. 10004_

For Credit To: _KRAFTPAK Limited_

Account ~~Number~~ NAMe: _THE National BANK of NewZealand Ltd_ _Wellington, New Zealand_

Acct. # _001-1-941473_
ReferenCe # _KRALTD-USDOO_

-----------------------------------------------

Issuing Company: _GUAN_

| Account Code | Distribution Cost |
|---|---|
| _061095, 1600·01_ | _$51,912.00_ |
| | |
| | |
| | |

_INV. #10163   P.O. 0685-198.0811_   _##_

Approval: _[signature]_
     _8/3/01_

# Kraftpak Limited

14d Sagewood Road
RD 6
Tauranga
New Zealand
Ph 64-25-578 1172
Fax 64-7-548-1793

## Invoice    #10163

Hansen Permanente Cement Corp
PO Box K
Hagatna, Guam 96910

**Date:  August 1 2001**

Attention:          Mr Derek Sadler

**Purchase Order #:    0685-0198-0811**

Description of Goods and Container Numbers:

2 x containers
(Destination:- Guam)

Empty Cement Bags (140,000 pcs)
40 kg capacity 4 ply

CIF Value
**USD $51912.00**

OK/ I Ghead

# Kraftpak Limited

14d Sagewood Road
RD 6
Tauranga
New Zealand
Ph 64-25-578 1172
Fax 64-7-548-1793

## Invoice    #10163

Hansen Permanente Cement Corp
PO Box K
Hagatna, Guam 96910

**Date:  August 1 2001**

Attention:          Mr Derek Sadler

**Purchase Order #:    0685-0198-0811**

Description of Goods and Container Numbers:

2 x containers
(Destination:- Guam)

Empty Cement Bags (140,000 pcs)
40 kg capacity 4 ply

CIF Value
**USD $51912.00**

## REQUEST FOR TRANSFER OF U. S. DOLLARS

Date of Transfer:        *Dec. 3, 2001*

Amount:            $ *25,956.00*

Receiving Bank:        *CHASE MANHATTAN BANK*
                                                *021.000021*
Branch:            *MAIN office*

City, State:        *New York, N.Y. 10004*

For Credit To:        *KRAFTPAK Limited*
                        *THE National Bank of New Zealand Ltd*
Account Name:        *Wellington, New Zealand*
            *Acct. #        001-1-941473*
            *Reference #   KRALTD-USD00*

------------------------------------------------------------

Issuing Company:        *Saipan*

| Account Code | Distribution Cost |
|---|---|
| *056095.1600.01* | $ *25,956.00* |

*Unit # 10166  P.O. 0689.0197.0815*

Approval:

# Kraftpak Limited

14d Sagewood Road
RD 6
Tauranga
New Zealand
Ph 64-25-578 1172
Fax 64-7-548-1793

## Invoice  #10166

Hansen Permanente Cement Corp          **Date: November 9, 2001**
PO Box K
Hagatna, Quam 96910

Attention:          Mr Derek Sadler

### Purchase Order #:  0689-0197-0815

Description of Goods and Container Numbers:

> 1 x containers
> (Destination: Saipan)
>
> Empty Cement Bags (70,000 pcs)
> 40 kg capacity 4 ply

CIF Value
**USD $25,956.00**

HANSON PERMANENTE CEMENT

"MAIL INVOICE (1 COPY) AND
CORRESPONDENCE TO:"
**ANSON PERMANENTE**
**MENT OF GUAM, INC.**
..O. Box K
Hagåtña, Guam 96910
Tel: (671) 477-1530
Fax: (671) 477-1531

A COPY OF PACKING LIST MUST
ACCOMPANY INVOICE

*As Agent For:*
☐ Hanson Permanente Cement of Guam, Inc.
☒ Hanson Micronesia Cement, Inc.
☐

**EXPORT PURCHASE ORDER**

FOR EXPORT ONLY – DO NOT CHARGE SALES TAX

THIS ORDER NUMBER MUST APPEAR ON
INVOICES, PACKING SLIPS PACKAGES,
BILLS OF LADING, CORRESPONDENCE.

P.O. NUMBER
0689-0197-0815

DATE
NOVEMBER 1, 2001

SHEET #    1    OF    1

| | |
|---|---|
| SELLER: | SHIP TO AND MARK FOR: |
| KRAFTPAK LTD. | **Hanson Micronesia Cement Inc.** |
| 14D SAGEWOOD ROAD | P.O. BOX 502059 CK, |
| R.D.6 TAURANGA | SAIPAN, MP 96950 |
| NEW ZEALAND | |
| TEL: 64-7-548-1792 | TEL: 671-477-1530 |
| FAX: 64-7-548-1793 | FAX: 671-477-1531 |
| ATTN: BRUCE ANSLEY | ATTN: DEREK SADLER |

| TERMS | F.O.B. SHIPPING POINT | FREIGHT SURFACE |
|---|---|---|
| TO BE SHIPPED    AS PER HANSON'S REQUEST | | WORK ORDER NUMBER    578-375 |

PLEASE ENTER OUR ORDER AND FURNISH THE GOODS SPECIFIED BELOW IN ACCORDANCE WITH AND SUBJECT TO ALL TERMS AND CONDITIONS
OF THIS PURCHASE ORDER...ADVISE US PROMPTLY IF UNABLE TO FURNISH GOODS AS ORDERED

| ITEM | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1. | 70,000 | EA. | EMPTY BAGS FOR SAIPAN, 40 KG CAPACITY 4 PLY | $.3708 | $25,956.00 |
| | | | | TOTAL THIS ORDER | $25,956.00 |

NOTE ON INLAND BILL OF LADING:
1. P.O. NUMBER
2. TOTAL CUBIC MEASUREMENTS OF THE SHIPMENT

SPECIAL INSTRUCTIONS
A PACKING LIST FOR OWNER MUST BE PLACED INSIDE EACH SHIPPING PACKAGE. A
COPY OF PACKING LIST IN WATERPROOF ENVELOPE SHOULD BE SECURELY FAS-
TENED TO OUTSIDE OF PACKAGE AND CLEARLY MARKED FOR CUSTOMS OFFICIAL
.UCATE COPIES OF PACKING LIST IN WATERPROOF ENVELOPES SHALL BE SE-
.ELY FASTENED TO UNPACKAGED PIECES OR BUNDLES, ONE FOR OWNER AND
.E CLEARLY MARKED FOR CUSTOMS OFFICAL.

SELLER TO MARK EACH OUTSIDE CONTAINER, BOX, OR CRATE WITH P.O. NUMBER
AND DESIGNATED EXPORT MARKS AND NUMBERS.

NO CHANGES IN OR CANCELLATIONS OF PURCHASE ORDERS WILL BE REC-
OGNIZED UNLESS AUTHORIZED IN WRITING BY A CHANGE ORDER ISSUED
ONLY BY THE PURCHASER

HANSON PERMANENTE CEMENT
AS AGENT FOR
HANSON MICRONESIA CEMENT
DEREK K. SADLER
BY    GENERAL MANAGER

NAME _____
SIGNATURE

*White Vendor Original ● Yellow Freight Forwarders ● Pink Accounting*

## REQUEST FOR TRANSFER OF U. S. DOLLARS

Date of Transfer: _____ Dec. 3 2001 _____

Amount: _____ $ 51,912.00 _____

Receiving Bank: _____ CHASE MANHATTAN BANK _____

Branch: _____ MAIN office 021-000021 _____

City, State: _____ New York, N.Y. 10004 _____

For Credit To: KRAFTPAK Limited _____ The NATIONAL BANK of New Zealand Ltd _____ Wellington, New Zealand

Account Number: _____ 001-1-941473 Reference KRAID #5000

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Issuing Company: _____ GUAM _____

| Account Code | Distribution Cost |
|---|---|
| 061095.1600.01 | $ 51,912.00 |
| | |
| | |
| | |

Inv # 10166  P.D. 0686-0198.0812

Approval: _____ [signature] _____ [signature]

11/30/01

# Kraftpak Limited

14d Sagewood Road
RD 6
Tauranga
New Zealand
Ph 64 25 576 1172
Fax 64-7-548-1793

## Invoice    #10165

Hansen Permanente Cement Corp
PO Box K
Hagatna, Guam 96910

Date:  November 9, 2001

Attention:        Mr Derek Sadler

### Purchase Order #:    0686-0198-0812

Description of Goods and Container Numbers·

2 x containers
(Destination:- Guam)

Empty Cement Bags (140,000 pcs)
40 kg capacity 4 ply

CIF Value
USD $51,912.00

# HANSON PERMANENTE CEMENT

"MAIL INVOICE (1 COPY) AND
CORRESPONDENCE TO:"
ANSON PERMANENTE
MENT OF GUAM, INC.
P.O. Box K
Hagåtña, Guam 96910
Tel: (671) 477-1530
Fax: (671) 477-1531

A COPY OF PACKING LIST MUST
ACCOMPANY INVOICE

*As Agent For:*
☒ Hanson Permanente Cement of Guam, Inc.
☐ Hanson Micronesia Cement, Inc.
☐

THIS ORDER NUMBER MUST APPEAR ON
INVOICES. PACKING SLIPS PACKAGES,
BILLS OF LADING, CORRESPONDENCE.

P.O. NUMBER
0686-0198-0812

DATE
NOVEMBER 2, 2001

| SHEET # | | OF |
|---|---|---|
| | 1 | 3 |

## EXPORT PURCHASE ORDER

### FOR EXPORT ONLY – DO NOT CHARGE SALES TAX

SELLER:
KRAFTPAK LTD.
RSDALLE ROAD, RD 6
TAURANGA, NEW ZEALAND
TEL: 64-7-540-1792
FAX: 64-7-540-1793
ATTN: JOYCE ANSLEY

SHIP TO AND MARK FOR:
Hanson Permanente Cement of Guam Inc.
P.O. BOX K
HAGÅTÑA, GUAM 96932
TEL: 671-1530
FAX: 671-477-1531
ATTN: DEREK SADLER

| TERMS | F.O.B. | | FREIGHT | |
|---|---|---|---|---|
| | | SHIPPING POINT | | SURFACE |
| TO BE SHIPPED AS PER HANSON'S REQUEST | | | WORK ORDER NUMBER | 578-375 |

PLEASE ENTER OUR ORDER AND FURNISH THE GOODS SPECIFIED BELOW IN ACCORDANCE WITH AND SUBJECT TO ALL TERMS AND CONDITIONS
F THIS PURCHASE ORDER...ADVISE US PROMPTLY IF UNABLE TO FURNISH GOODS AS ORDERED

| ITEM | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1. | 140,000 | EA. | EMPTY BAGS FOR GUAM, 40 KG CAPACITY 4 PLY | $ .3708 | $51,912.00 |
| | "CORRECTED 7/16/01" | | | | |

NOTE ON INLAND BILL OF LADING:
1. P.O. NUMBER
2. TOTAL CUBIC MEASUREMENTS OF THE SHIPMENT

| | TOTAL THIS ORDER | $51,912.00 |
|---|---|---|

SPECIAL INSTRUCTIONS
A PACKING LIST FOR OWNER MUST BE PLACED INSIDE EACH SHIPPING PACKAGE. A
COPY OF PACKING LIST IN WATERPROOF ENVELOPE SHOULD BE SECURELY FAS-
TED TO OUTSIDE OF PACKAGE AND CLEARLY MARKED FOR CUSTOMS OFFICIAL.
CATE COPIES OF PACKING LIST IN WATERPROOF ENVELOPES SHALL BE SE-
CLY FASTENED TO UNPACKAGED PIECES OR BUNDLES, ONE FOR OWNER AND
CLEARLY MARKED FOR CUSTOMS OFFICIAL.

SELLER TO MARK EACH OUTSIDE CONTAINER, BOX, OR CRATE WITH P.O. NUMBER
AND DESIGNATED EXPORT MARKS AND NUMBERS.

NO CHANGES IN OR CANCELLATIONS OF PURCHASE ORDERS WILL BE REC-
OGNIZED UNLESS AUTHORIZED IN WRITING BY A CHANGE ORDER ISSUED
ONLY BY THE PURCHASER.

HANSON PERMANENTE CEMENT
AS AGENT FOR
HANSON PERMANENTE CEMENT OF GUAM
DEREK K. SADLER
BY _____
GENERAL MANAGER
NAME _____
SIGNATURE

*White Vendor Original ● Yellow Freight Forwarders ● Pink Accounting*

## REQUEST FOR TRANSFER OF U. S. DOLLARS

COPY

Date of Transfer:     _August 11, 2000_

Amount:     _$ 51,912.00_

Receiving Bank:     CHASE Manhattan Bank

Branch:     MAIN Office 021-00021

City, State:     New York, New York 10004

For Credit To:     KRAFTAK Limited / The National Bank of New Zealand LT Wellington, New Zealand

Account Number:     001-1-941473 Reference KRA LTD. USDOC

---

Issuing Company:     HPC - GUAM (00061)

| Account Code | Distribution Cost |
|---|---|
| 611.1510.01 | 51,912.00 |
| | |
| | |
| | |

PARTIAL PY BYE
DC2 Duck 90000 Nov/00

# Kraftpak Limited
14d Sagewood Road
RD 6
Tauranga
New Zealand
Ph 64-25-578 1172
Fax 64-7-548-1793

## Invoice   #10156

Hansen Permanente Cement Corp                        **Date:  August 7, 2000**
PO Box K
Hagatna, Guam 96910

Attention:          Mr Derek Sadler

**Purchase Order #:   0670-0198-0796**

Description of Goods and Container Numbers:

            2 x container
            (Destination - Guam)

            Empty Cement Bags (140,000 pcs)
            40 kg capacity 4 ply

                                                        CIF Value
                                                **USD $51,912.00**

AUG 07 '00 00:00                                    6475481793     PAGE.02

Received  Aug-31-04 02:58   From-              To-HANSON PERMANENTE CE  Page  003
             Case 1:04-cv-00042   Document 1   Filed 09/22/2004   Page 35 of 41

# HANSON PERMANENTE CEMENT

*MAIL INVOICE (1 COPY) AND CORRESPONDENCE TO:*
**HANSON PERMANENTE CEMENT OF GUAM, INC.**
P.O. Box K
Hagåtña, Guam 96910
Tel: (671) 477-1530
Fax: (671) 477-1531

A COPY OF PACKING LIST MUST
ACCOMPANY INVOICE

*As Agent For:*
☒ Hanson Permanente Cement of Guam, Inc.
☐ Hanson Micronesia Cement, Inc.
☐

**EXPORT PURCHASE ORDER**

FOR EXPORT ONLY – DO NOT CHARGE SALES TAX

THIS ORDER NUMBER MUST APPEAR ON
INVOICES, PACKING SLIPS, PACKAGES,
BILLS OF LADING, CORRESPONDENCE.

| P.O. NUMBER |
|---|
| 0670-0198-0796 |

| DATE |
|---|
| 8/2/00 |

| SHEET # | OF |
|---|---|
| 1 | 1 |

**SELLER:**
KRAFTPAK LIMITED
KSDAILE ROAD, RD. 6
TAURANGA, NEW ZEALAND
TEL: 011-025-308-803
FAX: 011-647-548-1793
ATTN: BRUCE ANSLEY

**SHIP TO AND MARK FOR:**
Hanson Permanente Cement of Guam Inc.
P.O. BOX K
HAGÅTÑA, GUAM 96932
ATTN: DEREK SADLER

| TERMS | F.O.B. SHIPPING POINT | | FREIGHT | |
|---|---|---|---|---|
| TO BE SHIPPED | END OF NOVEMBER, 2000 | | WORK ORDER NUMBER 578-375 | |

PLEASE ENTER OUR ORDER AND FURNISH THE GOODS SPECIFIED BELOW IN ACCORDANCE WITH AND SUBJECT TO ALL TERMS AND CONDITIONS OF THIS PURCHASE ORDER. ADVISE US PROMPTLY IF UNABLE TO FURNISH GOODS AS ORDERED.

| ITEM | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1 | 140,000 | EA | EMPTY BAGS FOR GUAM, 40 KG CAPACITY, 4 PLY | $ .3708 | $51,912.00 |
| | | | | **TOTAL THIS ORDER** | **$51,912.00** |

NOTE ON INLAND BILL OF LADING:
1. P.O. NUMBER
2. TOTAL CUBIC MEASUREMENTS OF THE SHIPMENT

**SPECIAL INSTRUCTIONS**
A PACKING LIST FOR OWNER MUST BE PLACED INSIDE EACH SHIPPING PACKAGE. A COPY OF PACKING LIST IN WATERPROOF ENVELOPE SHOULD BE SECURELY FASTENED TO OUTSIDE OF PACKAGE AND CLEARLY MARKED FOR CUSTOMS OFFICIAL. DUPLICATE COPIES OF PACKING LIST IN WATERPROOF ENVELOPES SHALL BE SECURELY FASTENED TO UNPACKAGED PIECES OR BUNDLES, ONE FOR OWNER AND ONE CLEARLY MARKED FOR CUSTOMS OFFICIAL.

SELLER TO MARK EACH OUTSIDE CONTAINER, BOX, OR CRATE WITH P.O. NUMBER AND DESIGNATED EXPORT MARKS AND NUMBERS.

NO CHANGE IN OR CANCELLATIONS OF PURCHASE ORDERS WILL BE RECOGNIZED UNLESS AUTHORIZED IN WRITING BY A CHANGE ORDER ISSUED ONLY BY THE PURCHASER.

**HANSON PERMANENTE CEMENT**
AS AGENT FOR
**HANSON PERMANENTE CEMENT OF GUAM, INC.**
DEREK SADLER
BY
NAME _____ SIGNATURE

*White Vendor Original • Yellow Freight Forwarders • Pink Accounting*

## REQUEST FOR TRANSFER OF U. S. DOLLARS

Date of Transfer: _____ 5/11/01 _____

Amount: _____ $ 51,912.00 _____

Receiving Bank: _____ CHASE MANHATTAN BANK _____
                                           021·000021
Branch: _____ MAIN OFFICE _____

City, State: _____ New York. N.Y 10004 _____

For Credit To: _____ KRAFTPAK Limited _____

Account ~~Number~~: NAME    THE National Bank of NewZealand Ltd
                            Wellington, New Zealand
                    Acct. #    001-1-941473
                    Reference #    KRALTD-USD00

---------------------------------------------------------------

Issuing Company: _____ GUAM _____

| Account Code | Distribution Cost |
|---|---|
| 061095. 1600·01 | $ 51,912 00 |
| | |
| | |
| | |

_____ MW # 10161   P.O. # 0687-0192-0810 _____ $$

Approval: _____        _____

"MAIL INVOICE (1 COPY) AND
CORRESPONDENCE TO:"
ANSON PERMANENTE
MENT OF GUAM, INC.
J. Box K
Hagåtña, Guam 96910
Tel: (671) 477-1530
Fax: (671) 477-1531

A COPY OF PACKING LIST MUST
ACCOMPANY INVOICE

# HANSON PERMANENTE CEMENT

As Agent For:

[XX] Hanson Permanente Cement of Guam, Inc.
[  ] Hanson Micronesia Cement, Inc.
[  ] _____

## EXPORT PURCHASE ORDER

FOR EXPORT ONLY – DO NOT CHARGE SALES TAX

THIS ORDER NUMBER MUST APPEAR ON INVOICES, PACKING SLIPS PACKAGES, BILLS OF LADING, CORRESPONDENCE.

| P.O. NUMBER |
| --- |
| 0684-0198-0810 |

| DATE |
| --- |
| APRIL 2, 2001 |

| SHEET # | OF |
| --- | --- |
| 1 | 1 |

---

SELLER:
KRAFTPAK
ESDAILE ROAD, RD 6
TAURANGA, NEW ZEALAND
TEL: 64-7-548-1792
FAX: 64-7-548-1793
ATTN: BRUCE ANSLEY

SHIP TO AND MARK FOR:
Hanson Permanente Cement of Guam Inc.
P.O. BOX K
HAGÅTÑA, GUAM 96932
TEL: 671-477-1530
FAX: 671-477-1531
ATTN: DEREK SADLER

---

| TERMS | F.O.B. SHIPPING POINT [  ] | FREIGHT: XXXXXX SURFACE |
| --- | --- | --- |
| TO BE SHIPPED | AS PER HANSON'S REQUEST | WORK ORDER NUMBER 578-375 |

PLEASE ENTER OUR ORDER AND FURNISH THE GOODS SPECIFIED BELOW IN ACCORDANCE WITH AND SUBJECT TO ALL TERMS AND CONDITIONS OF THIS PURCHASE ORDER. ADVISE US PROMPTLY IF UNABLE TO FURNISH GOODS AS ORDERED.

| ITEM | QUANTITY | UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- |
| 1. | 140,000 | EA. | EMPTY BAGS FOR GUAM, 40 KG CAPACITY 4 PLY | $ .3708 | $XXXXXXXXX $51,912.00 |

| TOTAL THIS ORDER | $51,912.00 |
| --- | --- |

NOTE ON INLAND BILL OF LADING:
1. P.O. NUMBER
2. TOTAL CUBIC MEASUREMENTS OF THE SHIPMENT

SPECIAL INSTRUCTIONS
A PACKING LIST FOR OWNER MUST BE PLACED INSIDE EACH SHIPPING PACKAGE. A COPY OF PACKING LIST IN WATERPROOF ENVELOPE SHOULD BE SECURELY FAS- ~ED TO OUTSIDE OF PACKAGE AND CLEARLY MARKED FOR CUSTOMS OFFICIAL. ICATE COPIES OF PACKING LIST IN WATERPROOF ENVELOPES SHALL BE SE- LY FASTENED TO UNPACKAGED PIECES OR BUNDLES, ONE FOR OWNER AND CLEARLY MARKED FOR CUSTOMS OFFICIAL.

SELLER TO MARK EACH OUTSIDE CONTAINER, BOX, OR CRATE WITH P.O. NUMBER AND DESIGNATED EXPORT MARKS AND NUMBERS.

NO CHANGES IN OR CANCELLATIONS OF PURCHASE ORDERS WILL BE REC- OGNIZED UNLESS AUTHORIZED IN WRITING BY A CHANGE ORDER ISSUED ONLY BY THE PURCHASER.

HANSON PERMANENTE CEMENT
AS AGENT FOR
HANSON PERMANENTE CEMENT OF GUAM

DEREK K. SADLER
BY _____
GENERAL MANAGER
NAME _____
/SIGNATURE

*White Vendor Original ● Yellow Freight Forwarders ● Pink Accounting*

15 March 2004

Hansen

Attention:     Derek Sadler

Your container confirmed arrival Guam 2 April 2004.

We have some bad news. We can no longer supply bags to Micronesia after this shipment.

A number of reasons.

1    Since payment from Hanson for bags on forward exchange contracts a number of things have happened. Our bag supplier would not hold the price of bags and increased their price substantially.

2.   We had a huge shift in currency movement and we have had a double whammy on price increase and currency movement.

3.   Our supplier now tells us that they will not make any more three ply bags, all shifting to 2 ply with different sizing. This will undoubtedly incur another price increase. Their supplier stopped supplying 3 ply some time ago prior to manufacturing all bags.

4.   The last 4 containers have cost us NZ$36,000 over cost.

5.   For new bags scheduling we now have to place an order with manufacturer up to 45 days then shipping can take another 60 days. That's nearly 4 months. The last two shipments we have found that cement bag manufacture gets bumped if other bags have more priority. We found this out before Christmas.

I'm sure you will get product out of USA much easier and probably more cost effective.

We are going to liquidate our company and will then be able to advise value of funds to be resent back to Hansen.

I sincerely apologise for the inconvenience this will cause.

Let me know your thoughts and if there is anything more I can do.


Regards


Bruce Ansley

**EXHIBIT G**



May 27, 2004

Hanson
Permanente Cement
P.O. Box K
Hagatna, GU 96932
Tel  671 477 1530
dksguam@ite.net

Bruce Ansley
Director
Kraftpak Ltd.
14D Sagewood Road
RD 6 Tauranga
New Zealand

Dear Mr. Ansley :

I am writing in response to your letter you emailed me on May 25, 2004 which was dated
March 15, 2004 on your decision to no longer fulfill our contract to supply cement bags to
our facilities on Guam and Saipan.  As you know, Hanson Cement has "paid in full" for the
cement bags due to currency exchange contracts.  While Hanson Cement understands
changing business conditions, we cannot accept this as a valid reason not to fulfill the
obligations of the cement bag contract.  It would be in your best interest to relook this
unwise business decision.  As the decision stands now, the only course of action for
Hanson Cement is to begin legal proceedings to protect our interests.  Please contact me
as soon as possible to ensure we arrange an agreement acceptable to both parties.

Sincerely,


--original signed--

Derek K. Sadler
General Manager

**EXHIBIT H**

1 June 2004

Hanson Permanente


Attention      Derek Sadler

Dear Derek

Re:     Bag Supply Guam/Saipan

Thanks for your reply dated 27 May 2004.

With reference to your comments regarding our 'unwise' decision. It's not that the decision is unwise it is, that is our only option remaining. The bag price, design and delivery are all changed and are outside our control.

Our only option left is to liquidate the company and transfer funds back to Hanson.

Yours faithfully



Bruce Ansley




**EXHIBIT I**