FILED
DISTRICT COURT OF GUAM
DEC - 8 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFTPAK, LIMITED and<br>BRUCE ANSLEY, personally,<br><br>Defendants. | Civil Case No. 04-00042<br><br><br><br>ORDER |

This case is scheduled to come before the Court on December 21, 2004 for a Scheduling Conference. Pursuant to Local Rule 16.1(e), the plaintiff submitted a Status Report (see attached) informing the Court that although service has been effected, neither defendant has made an appearance. The defendants are not required to answer the complaint until December 22, 2004.

The Court finds that it would not be productive to hold the Scheduling Conference on December 21, 2004. Accordingly, the Court hereby moves the December 21 Scheduling Conference to Wednesday, January 26, 2005 at 11:15 a.m. Counsel are expected to meet and

///
///
///
///

confer to discuss the contents and preparation of the proposed Scheduling Order and Discovery Plan. The proposed Scheduling Order and Discovery Plan shall be submitted no later than January 17, 2005.

SO ORDERED this 7th day of December 2004.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge