BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Plaintiffs
Kraftpak Limited

**FILED**
DISTRICT COURT OF GUAM
JAN 11 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFTPAK LIMITED and BRUCE ANSLEY, personally,<br><br>Defendants. | CIVIL CASE NO. 04-00042<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the 11th day of January, 2005, I caused to be served a copy of the Answer of Defendant Kraftpak limited to Plaintiff's Complaint; Affirmative Defenses; on the following:

**VIA HAND DELIVERY**

David P. Ledger, Esq.
CARLSMITH BALL
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

Dated this 11th day of January, 2005.

By: _____
THOMAS B. ANDERSON

E:\Deenie\Pldgs\DJB\Kraftpak - Cert Svc.wpd

**ORIGINAL**