ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hanson Permanente Cement of Guam

**FILED**
DISTRICT COURT OF GUAM
JAN 18 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM,<br><br>    Plaintiff,<br><br>vs.<br><br>KRAFTPAK, LIMITED and BRUCE ANSLEY, personally,<br><br>    Defendants. | CIVIL CASE NO. 04-00042<br><br>**DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 18th day of January 2005, I will cause to be served, via hand delivery, a true and correct copy of the JOINT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN upon Defendants Counsel of record as follows:

> Robert J, O'Connor, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

Executed this 18th day of January at Hagåtña, Guam.

CARLSMITH BALL LLP

*/s/ David Ledger*
DAVID LEDGER
Attorneys for Plaintiff
Hanson Permanente Cement of Guam