# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM
JAN 26 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CV-04-00042**     **DATE: 01/26/2005**     **TIME: 11:35**

**CAPTION: HANSON PERMANENTE CEMENT OF GUAM - vs - KRAFTPAK, LIMITED AND BRUCE ANSLEY, PERSONALLY**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 11:35:07 -11:38:30

Law Clerk: Judith Hattori
CSO: F. Tenorio

(10)

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
JOSEPH RAZZANO

**COUNSEL FOR DEFENDANT(s):**
NONE PRESENT

***

**PROCEEDINGS:**

## SCHEDULING CONFERENCE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT
( ) MOTION(s) ____Granted ____Denied ____Settled ____Withdrawn ____Under Advisement
( X ) ORDER SUBMITTED __X__ Approved ____Disapproved
( ) ORDER to be Prepared By:
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

**The Court made the following changes in the proposed scheduling order:**

- **Discovery Motions due by January 23, 2006 and shall be heard on or before February 16, 2006**
- **Dispositive Motions due by January 23, 2006 and shall be heard on or before February 16, 2006**
- **Preliminary Pretrial Conference shall be held on March 1, 2006 at 10:00 a.m.**
- **Final Pretrial Conference will be on March 15, 2006 at 10:00 a.m.**
- **Trial set for March 22, 2006 at 9:00 a.m.**

**No objections made by counsel.**

COURTROOM DEPUTY: _____