ORIGINAL 

CARLSMITH BALL LLP

DAVID LEDGER
JOSEPH C. RAZZANO
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff and Counterclaim-Defendant
Hanson Permanente Cement of Guam



FILED
DISTRICT COURT OF GUAM

SEP - 9 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM,<br><br>           Plaintiff,<br><br>vs.<br><br>KRAFTPAK, LIMITED and BRUCE ANSLEY, personally,<br><br>           Defendants. | CIVIL CASE NO. 04-00042<br><br>[PROPOSED] KRW<br>ORDER GRANTING COUNTERCLAIM-DEFENDANT'S AND COUNTERCLAIM-PLAINTIFF'S STIPULATION TO ALLOW THE FILING OF COUNTERCLAIM-DEFENDANT'S AMENDED ANSWER TO COUNTERCLAIM-PLAINTIFF'S ORIGINAL COMPLAINT |
| KRAFTPAK, LIMITED,<br><br>           Counterclaim-Plaintiff,<br><br>vs.<br><br>HANSON PERMANENTE CEMENT OF GUAM,<br><br>           Counterclaim-Defendant. | |

4843-6574-3104.1.031459-00014

It is hereby ORDERED that Counterclaim-Defendant, Hanson Permanent Cement of Guam's Amended Answer (the "Amended Answer") shall be entered on the Court's docket and shall serve as the Counter-claim Defendant's active pleading. The Amended Answer shall be file stamped on the same date as the execution of this Order.

SO ORDERED this 9/8/05.

S̶.̶ ̶J̶A̶M̶E̶S̶ ̶O̶T̶E̶R̶O̶
D̶i̶s̶t̶r̶i̶c̶t̶ ̶C̶o̶u̶r̶t̶ ̶o̶f̶ ̶G̶u̶a̶m̶
S. JAMES OTERO
Designated Judge
District Court of Guam



RECEIVED SEP -1 2005 DISTRICT COURT OF GUAM HAGATNA, GUAM