ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
JOSEPH C. RAZZANO
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hanson Permanente Cement of Guam

**FILED**
DISTRICT COURT OF GUAM

SEP - 9 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KRAFTPAK, LIMITED and BRUCE ANSLEY, personally,<br><br>　　　　Defendants. | CIVIL CASE NO. 04-00042<br><br>**DECLARATION OF SERVICE** |

I, Joseph C. Razzano, hereby declare under penalty of perjury of the laws of the United States, that on the 9th day of September 2005, I will cause to be served, via hand delivery, a true and correct copy of the ORDER GRANTING COUNTERCLAIM-DEFENDANT'S AND COUNTERCLAIM-PLAINTIFF'S STIPULATION TO ALLOW THE FILING OF COUNTERCLAIM-DEFENDANT'S AMENDED ANSWER TO COUNTERCLAIM-PLAINTIFF'S ORIGINAL COMPLAINT AND COUNTERCLAIM DEFENDANT'S AMENDED ANSWER TO KRAFTPAK, LIMITED'S COUNTERCLAIM upon Defendants Counsel of record as follows:

Robert J, O'Connor, Esq.
Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910

Executed this 9th day of September at Hagåtña, Guam.

CARLSMITH BALL LLP

*/s/ Joseph C. Razzano*
JOSEPH C. RAZZANO
Attorneys for Plaintiff and Counterclaim-Defendant
Hanson Permanente Cement of Guam