ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hanson Permanente Cement of Guam

FILED
DISTRICT COURT OF GUAM
NOV - 4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM,<br><br>            Plaintiff,<br><br>vs.<br><br>KRAFTPAK, LIMITED and BRUCE ANSLEY, personally,<br><br>            Defendants. | CIVIL CASE NO. CIV04-00042<br><br>**STIPULATION TO DISMISS;**<br>**DECLARATION OF SERVICE** |

    IT IS HEREBY STIPULATED by and between Plaintiff Hanson Permanente Cement of Guam, through legal Counsel, David Ledger, Esq. and Defendants Kraftpak, Limited and Bruce Ansley, through their attorney, Robert O'Connor, Esq., that pursuant to Fed. R. Civ. P. 41, this action shall be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

    SO STIPULATED, November 2, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Plaintiff
Hanson Permanente Cement of Guam

SO STIPULATED, November 3, 2005.

BERMAN O'CONNOR MANN & SHKLOV

_____
ROBERT J. O'CONNOR
DANIEL J. BERMAN
Attorneys for Defendants
Kraftpak, Limited and Bruce Ansley