CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hanson Permanente Cement of Guam



FILED
DISTRICT COURT OF GUAM

NOV - 7 2005 ap

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM,<br><br>          Plaintiff,<br><br>vs.<br><br>KRAFTPAK, LIMITED and BRUCE ANSLEY, personally,<br><br>          Defendants. | CIVIL CASE NO. CIV04-00042<br><br>[PROPOSED] KRW<br>ORDER GRANTING<br>DISMISSAL OF CASE |

IT IS HEREBY ORDERED that pursuant to a Stipulation to Dismiss filed on November 4, 2005, the above case is DISMISSED with prejudice. Each party shall bear their own attorney's fees and costs.

SO ORDERED: 11/7/05

RECEIVED
NOV - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ROBERT CLIVE JONES
Designated District Judge

ORIGINAL

4831-0358-7840.1.031459-00014