ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hanson Permanente Cement of Guam



FILED
DISTRICT COURT OF GUAM

DEC -8 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

HANSON PERMANENTE CEMENT
OF GUAM,

              Plaintiff,

vs.

KRAFTPAK, LIMITED and
BRUCE ANSLEY, personally,

              Defendants.

CIVIL CASE NO. CIV04-00042

**STIPULATION TO DISMISS COUNTERCLAIMS; DECLARATION OF SERVICE**

IT IS HEREBY STIPULATED by and between Plaintiff Hanson Permanente Cement of Guam, through legal Counsel, David Ledger, Esq. and Defendants Kraftpak, Limited and Bruce Ansley, through their attorney, Robert O'Connor, Esq., that pursuant to Fed. R. Civ. P. 41, the Counterclaims in this action shall be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

SO STIPULATED, November 7, 2005.

CARLSMITH BALL LLP

_____
DAVID LEDGER
Attorneys for Plaintiff
Hanson Permanente Cement of Guam

4847-2481-7408.1.031459-00014

SO STIPULATED, ~~November~~ Dec. 7 , 2005.

BERMAN O'CONNOR MANN & SHKLOV

*/s/ Daniel Berman*

ROBERT J. O'CONNOR
DANIEL J. BERMAN
Attorneys for Defendants
Kraftpak, Limited and Bruce Ansley

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 8th day of December 2005, I will cause to be served, via hand delivery, a true and correct copy of STIPULATION TO DISMISS COUNTERCLAIMS upon Defendants Counsel of record as follows:

> Robert J. O'Connor, Esq.
> Daniel J. Berman, Esq.
> Berman O'Connor Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

Executed this 8th day of December 2005 at Hagåtña, Guam.

_____
DAVID LEDGER