# ORIGINAL ● ●

CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hanson Permanente Cement of Guam



**FILED**
DISTRICT COURT OF GUAM

DEC 12 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM,<br><br>         Plaintiff,<br><br>vs.<br><br>KRAFTPAK, LIMITED and BRUCE ANSLEY, personally,<br><br>         Defendants. | CIVIL CASE NO. CIV04-00042<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING**<br>**DISMISSAL OF COUNTERCLAIMS** |

IT IS HEREBY ORDERED that pursuant to a Stipulation to Dismiss Counterclaims filed on December 8, 2005, the Counterclaims in this action are **DISMISSED** with prejudice. Each party shall bear their own attorney's fees and costs.

SO ORDERED: _December 9, 2005_.

D. LOWELL JENSEN*
DESIGNATED JUDGE
District Court of Guam

RECEIVED
DEC - 8 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

\* Senior District Judge/DC-Northern District of California

4847-7514-9056.1.031459-00014