UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM,<br><br>           Plaintiff,<br><br>   vs.<br><br>KRAFTPAK, LIMITED and<br>BRUCE ANSLEY, personally,<br><br>           Defendant | CIVIL CASE NO. 04-00042<br><br><br><br>**JUDGMENT** |

    Judgment is hereby entered in accordance with the Order Granting Dismissal of Case filed November 7, 2005; and Order Granting Dismissal of Counterclaims filed December 12, 2005.

    Dated this 14th day of December, 2005.

                                                                                            Clerk of Court<br>
                                                                                           /s/ Mary L.M. Moran