# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**
**671-473-9100**

| | |
|---|---|
| Hanson Permanente Cement of Guam | |
| Plaintiff, | |
| vs. | Case No. 1:04-cv-00042 |
| Kraftpak, Limited and Bruce Ansley, personally | |
| Defendants. | |

# NOTICE OF ENTRY OF JUDGMENT

   **NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

*Judgment dated 12/14/2005*
*Date of Entry:  12/14/2005*

The original order is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** December 14, 2005

Clerk of Court
**/s/ Mary L.M. Moran**