# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Hanson Permanente Cement of Guam, <br><br> Plaintiff, <br><br> vs. <br><br> Kraftpak Limited and Bruce Ansley, personally, <br><br> Defendants. | Case No. 1:04-cv-00042 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and Notice of Entry of Judgment signed on December 14, 2005***, on the dates indicated below:

*Carlsmith Ball LLP*          *Berman O'Connor Mann & Shklov*
*December 15, 2005*          *December 14, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and Notice of Entry of Judgment signed on December 14, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 15, 2005                  /s/ Virginia T. Kilgore
                                          Deputy Clerk